

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00162-CV

| | | |
|---|---|---|
| ERIC ELLIS, AS NEXT FRIEND TO H.D.E., A MINOR CHILD, Appellant | § | On Appeal from the 352nd District Court |
| | § | of Tarrant County (352-359053-24) |
| V. | § | August 14, 2025 |
| COURTNEY PRINCE; LVTRISE, INC.; AND ABOVE THE CLOUDS, INC., Appellees | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. The order is modified to delete the phrase "with prejudice" and substitute in its place the phrase "without prejudice." It is ordered that the order of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel